I'm going to turn our attention to this for a couple of moments. In the second half, if any procedures are underway with officers on the side of the line, we'll have to start by defining what is, what is compartmental order. And after that, it simply must be the case that if the officer in front of the person who is writing the music is backing the words that the person is writing for, for sure everyone in the person there is on it, then that is the order in which the person is writing it. So, if that's the baseline, then the question in this case is whether each of the two or a certain portion of the three to a third of the four required words in the license somehow undermine the position being on the front page of a prior reporting. Now, the court determines at that first point, if a precise portion of the additional words during questioning to the third advisor is not what the awardee had used last Thursday and was carrying when she was on this hearing. And also, in this court, whether the addition of those two words does not undermine the position being on the front page of a prior reporting, it must be decided by the court that in this hearing, that the right to speak to the attorney before questioning can be inferred from the documentation of the right to comment before questioning. And, especially, even with the alteration to the third required requirement, the combination of the third and fourth requirements together reasonably behave to the extent to the fact that they have the right to cancel both prior statements. Okay. Now, how is that possible? Is it possible to change the average day or hour of questioning as to whether or not an attorney has to be on the front page of a prior reporting or whether or not an attorney has to be on the front page? Okay. So, basically, what the court is asking for in this case is a published decision. And, in this respect, really, we would like for the decision to be published. First of all, a published decision on this court is already set in order to be made in this hearing. These two words, I don't know if I'm going to be able to say it correctly. But, secondly, I believe that the hearing process has been very compliant through the past year. And that is just to confirm that it's compliant. I mean, to confirm the view that the law enforcement officer recites verbatim the four Miranda warnings from Miranda versus Arizona, that that is sufficient. And it seems that, at least in my observations, that there's a force to be relied upon in this idea that if I'm an independent person, it is the right to the presence of an attorney who is on my record, that that does not mean that I can vary the parameters of the right to the presence of an attorney. That is what the court is asking for. Well, if the officer does use only those two words during questioning, then it might be independent of the person. Well, if the officer is independent of the person, of course the court is going to be asking for separate words that are more relevant than the idea that that does not mean that some of the parameters of the law can be solved in each and every square with each of the four Miranda warnings. Well, it doesn't mean it doesn't change that most of the things that you can do doesn't change that you can't do. They actually add it in the sense that you have the right to the presence of an attorney when you're just questioning, which seems to me to be an intention that's practiced throughout the advance. It seems to me, I think, that the reason that this still needs to be done, in this case, there's a number of reasons. There's three reasons. One is just from the perspective of the attorney that I have in front of me, and she's currently working her way through the process and there's still a number of reasons. She's filed for 30, and there's still going to be five. That raises a number of different questions. Second is the Supreme Court. We're going to talk about, you know, sometimes they'll serve the home field in the way of the attorney or sometimes they defer to us on these cases. No, and again, we've been looking for attorneys for 12 years here, and we understand, frankly, that the officers have to be on the same column. I don't suspect that's very rare. All of the officers are going to be on the same column. It's somewhat of an easy life. We're not going to be working back and forth, and it's not surprising that you have to prepare a resignation form. So what's here is that the attorneys have a power to do so much stuff that they're trying to inject into you or order you to do. And, you know, I don't know, but I've thought about that, and I wondered whether this was a change that was made after the Supreme Court submission of Powell, which, you know, was really a disaster. It's funny, actually. We told them how I felt during questioning. I'll direct noting, of course, that I was 84, and it was very difficult for me during questioning. So it was a job that maybe was added there. And we have been doing this for 47 years. Mr. Burbank, I'm sorry to say, but I can't see what you're asking for, but this is for me. This is for me. I want some advice. I want some answers. So I think that one class of the Supreme Court is that there are two sessions of the Grand Jury, the Burbank and my, and I'm going to give you two words during questioning to the Third Advisor. It's an evening of work, and you know, it's probably not as hard as it is every time. It's mostly job-based. So please pardon me. It's a good speech to make, and you know, it's always better for it to be more so you're not asking for something particularly hard to do. I think these are two words. Oh, no, no. I think that the New Morning is good. What I want to say is that this articulation that the Counselor gives you, I mean, if you look at the first paragraph, which is partly intended to remind you, where he says, there are not instances, per se, where you have to know exactly what is required here. He gives four full warnings, and he says the third warning is the right to have the opportunity to return your question. So it's just good. That's what that means. It's nice. And I was in the room with him, and he interpreted it this way. If you read the Board of Education, it's so much about the breadth of in-community honor interrogation, and he talks about the terms of the whole oratory question, the terms of the whole oratory question. And I'm not saying that that is the correct or best practice, but what I am saying is it is, and what the Supreme Court has done for us is that you're not supposed to review these right on the morning, but they are the terms of a case, or the terms of a will. The question is whether they reasonably convey to a suspect the rights that are required by court. And in this case, the Supreme Court has already said twice, and a number of the Supreme Court's and Supreme Court's interdict authorities are using those words during questioning, and that's a little bit of magic. He told us that there's a required right of commentary during questioning. You will read it. And then the Supreme Court cases, and those are cases just in the last two years where, of course, they should say, well, and of course there's obvious Supreme Court does not have to do these whole oratories. In other words, during questioning, given on the morning, it's a very common articulation of the morning, and I'm not going to say it twice, but again,  and I don't want to repeat myself. Thank you. Thank you. Good morning, Your Honor. I'm Keith McClernon, deputy adjudicator of the Federal Police Center for Administrative Issues. The right of the body must either cross the state's rights council without permission or have to do both. The rights of the consulting council is one question, and the rights of the privacy council is another question. And the right here is not for being on the right of body. It's limited to the rights of the counsel. It's a question. It's a right. It's a question. And when you say this, the rights of the counsel is one question, and the rights of the privacy counsel is another question, it's possible that you and any other body have different rights, but it's not an opportunity for a question. So it's extremely important that these rights are included. And so the court stated in its standard, I think, page 5, to address what exactly are the rights of the counsel for a question. Counsel is not the goal of the court. It's a question. One of the other rights is that you have a right to counsel before a point or a question. So, given that instruction, from that point, whether or not recently or today, the board of counsel has appointed, before a question, that you can consult with the counsel before a question. The rights of the privacy counsel, the steps that they have to take as an attorney to ensure that you get your rights implemented. First of all, there's something about the rights in what's going on in your future. So it's part of the role of the appointment of an attorney in your future to make sure that you get to the point in time that they want you to speak to the person that you're asking. There's nothing in the regulations that you're trying to consult or talk about in relation to receiving counsel's bond. And, first of all, I don't think you've answered my second question. As long as it says, the lawyer will be appointed before a question, recently or today, you can talk to your lawyer before a question. I think what you're doing, first, is limiting that right to an attorney before a question. It is independent. It's saying that you cannot afford my model B appointed before a question. Well, what if you can't afford an attorney? Well, if you have a routine attorney, well, then you're already starting to be different. Who's going to talk to you? You have to be able to afford an attorney. What kind is it? The standard is not what my right is. The standard is the regular layperson and what they would understand it to be. So, it can't be taken only from an independent. And I think that's what's being interrogated in the case court counsel, the right standard rules where I have to write to my attorney to come during questioning. So, the right to the attorney being appointed before questioning is tied to the efficiency, it's tied to the appointment of counsel, and it doesn't have to be seen as being on the ball of counsel. It merely indicates that an attorney would be appointed and he should be given questioning to be present during questioning. And the unpublished cases, let's take a look at the last one. One, it states, they failed to fill a short briefing. There's no full briefing. There's no sites there or any real discussion of the issue of the briefing. The office briefing didn't even respond to the fact that she was at a conference. She's there. It will appear in the briefing. As far as data, it states that in the age table of 1,000, there are conclusions or statements that hold only the full context of the response. And it states in Connell, in the section that's there, in Connell, the issue was not the right to consult or the right to be present. It was the appointment of counsel. And in Connell, the bench was told, both the right to counsel before and the right to counsel during. So, it was a completely different issue in Connell and the arts area, and it was expected to be announced for the judge to receive. And just over and out of the district court, it was confirmed in these cases. And so, again, in the state, in the state, there was, there again, a context here. They announced, and it was clear from all the jurisdictions in some cases, to keep the context of the entire moratorium state constitution. But, again, there included the right to consult with the attorney and the right to be present during questions. And we do not, right now, anywhere in the jurisdiction of the moratorium. Okay. I'm going to go to Miranda, because I think, as you said, it used to be routine, but people are saying, if you go to the court, go to Miranda, you're okay. And Miranda doesn't talk about  what we call the consular process. Miranda doesn't talk about the consult, either. It's real general. It, it, the moratorium, it's not directly inferred or inferred from these regulations. For instance, if somebody pays into the consult, it actually liberates them from the moratorium right. But, again, that right depends on the attorney without any limitation. And here, during questioning, what's important is to maintain their presence while somebody else is going on and doing the justice separately, and  that. I think it's important to make sure that the person who is on a court has to be warned that he's not accepting persons at any time, and so specifically under those requirements, that he is not   at any time, any time, and so it's important   that the person important that the person who
judges: Gould, Clifton, Watford